Recorded in Official Records, County of San Bernardino 11/17/2010 12:05 PM BN



**LARRY WALKER**
Auditor/Controller – Recorder

P Counter

Doc#: 2010-0476657

| Titles: | 1 | Pages: | 2 |
|---|---|---|---|
| Fees | | | 18.00 |
| Taxes | | | 0.00 |
| Other | | | 0.00 |
| PAID | | | $18.00 |

Recording Requested By:
Marguerite DeSelms

**MAIL TAX STATEMENTS TO**
When recorded mail document to:
NAME CAA, Inc.
ADDRESS 6767 W. Tropicana Ave. Suite 101
CITY Las Vegas
STATE & ZIP Nevada, 89103
APN: 0151-161-14-0-000

Above Space for Recorder's Use Only

# GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S)
DOCUMENTARY TRANSFER TAX is $ 0.00
CITY TAX  $ 0.00

"This is A Bonafide Gift and the Grantor received nothing in return, R & T 11911"

☐ computed on full value of property conveyed, or
☐ computed on full value of items or encumbrances remaining at time of sale,
☐ Unincorporated area ☒ City of San Bernardino, and
FOR A FULL VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
Marguerite DeSelms, An Unmarried Woman

hereby GRANT(s) to The Circle Road Revocable Living Trust Dated November 11, 2010

the following described real property in the City of San Bernardino County of San Bernardino, State of California:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

Dated: 11-17-2010

Marguerite DeSelms

STATE OF CALIFORNIA
COUNTY OF SAN BERNARDINO } SS.

On 11/17/2010 before me, ANNA CARLA CELESTINO, a Notary Public, personally appeared MARGUERITE DESELMS who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/their/her authorized capacity (ies), and that by his/her/their signatures(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ NOTARY PUBLIC

ANNA CARLA CELESTINO
Commission # 1709099
Notary Public - California
San Bernardino County
My Comm. Expires Dec 5, 2010

MAIL TAX STATEMENTS TO ADDRESS AS SHOWN ABOVE

EXHIBIT "A"

SITUATED IN THE COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA: ALL THAT PORTION OF LOT 7 OF TRACT 2508, AS PER PLAT RECORDED IN BOOK 36 OF MAPS, PAGES 8 AND 9, RECORDS OF SAN BERNARDINO COUNTY, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS: BEGINNING AT THE SOUTHWEST CORNER OF SAID LOT 7; THENCE NORTH 76 DEGREES 39 MINUTES EAST ON THE SOUTHERLY LINE OF SAID LOT A DISTANCE OF 120 FEET; THENCE NORTH 03 DEGREES 30 MINUTES WEST 164.05 FEET; THENCE SOUTH 61 DEGREES 35 MINUTES 30 SECONDS WEST, 143.90 FEET TO A POINT ON THE EASTERLY LINE OF CIRCLE ROAD; THENCE SOUTHERLY ALONG A CURVE CONCAVE TO THE EAST WITH A RADIUS OF 580 FEET, A DISTANCE OF 90.76 FEET; THENCE ALONG A CURVE CONCAVE TO THE WEST WITH A RADIUS OF 113 FEET A DISTANCE OF 34.73 FEET TO THE POINT OF BEGINNING.

APN: 0151-161-14-0-000