| | |
|---|---|
| Recording Requested By:<br>**Marguerite DeSelms**<br>When recorded mail document to:<br>NAME **CAA, Inc.**<br>ADDRESS **6767 W. Tropicana Ave., #101**<br>CITY **Las Vegas**<br>STATE & ZIP **Nevada, 89103**<br>APN: **0151-161-14-0-000** | Recorded in Official Records, County of San Bernardino 11/17/2010 12:05 PM BN<br> **LARRY WALKER**<br>Auditor/Controller — Recorder<br>**P Counter**<br>Doc#: **2010-0476656**   Titles: 2   Pages: 2<br>   Fees 39.00<br>Taxes 0.00<br>Other 0.00<br>PAID $39.00 |

Above Space for Recorder's Use Only

## SUBSTITUTION OF TRUSTEE AND FULL RECONVEYANCE

Whereas, __Marguerite DeSelms, An Unmarried Woman__ was the Original

Trustor, __Chicago Title Company__, the original

Trustee, and __Mortgage Electronic Registration Systems Inc., ("MERS") Acting Solely As Nominee For BondCorp Realty Services, Inc.__

Original beneficiary, under that certain Deed of Trust dated __July 31, 2006__

and recorded __August 14, 2006__ as Instrument No. __2006-0552510__

Book_____ Page_____, Official Records of the County of __San Bernardino__

_____ State of California and

WHEREAS, the undersigned present beneficiary desires to substitute a new Trustee under said Deed of Trust in place and instead of
**Chicago Title Company**.

Now therefore, the undersigned hereby substitutes himself/herself/themselves as Trustee under said Deed of Trust and does hereby reconvey, without warranty, to the person or persons legally entitled hereto, the Estate now held by him thereunder. Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular numbers includes the plural. The undersigned hereby accepts said appointment as trustee under the above deed of trust, and as successor trustee, and pursuant to the request of said owner and holder and in accordance with the provisions of said deed of trust, does hereby RECONVEY WITHOUT WARRANTY, TO THE PERSONS LEGALLY ENTITLED THERETO, all the estate now held by it under said deed of trust.

KATN Trust

_____
Alan-David:Tikal
BENEFICIARY / NEW TRUSTEE

Dated: November 13, 2010

STATE OF NEVADA
COUNTY OF _____CLARK_____ } SS.

ON _11/13/10_ before me, __Janice M Lafazia__ a Notary Public, personally appeared __ALAN-DAVID:TIKAL__ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/their/her authorized capacity (ies), and that by his/her/their signatures(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Nevada that the foregoing paragraph is true and correct.

**WITNESS my hand and official seal**                                                                **NOTARY SEAL**

Signature _Janice M Lafazia_

JANICE M. LAFAZIA
Notary Public State of Nevada
No. 05-100313-1
My appt exp. Jan. 4, 2013