UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Bank of New York Mellon<br><br>PLAINTIFF(S)<br>v.<br>Marguerite Deselms et al<br><br>DEFENDANT(S) | CASE NUMBER<br><br>5:18-cv-01044-JGB-SP<br><br>NOTICE OF CLERICAL ERROR |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☐ docket entry have/has been corrected as indicated below.

Title of scanned document: _____

Filed date: _____  Document Number(s): _____

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are: _____ .

☒ Case has been reassigned from ☒ Judge ☐ Magistrate Judge  Jesus G. Bernal  to ☒ Judge ☐ Magistrate Judge  R. Gary Klausner . The initials of the new judge(s) are: RGK (KKx)

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order 14-03, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____ .

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF was stamped on the document. The correct date is _____ .

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☒ Other: Case has been reassigned from Judge Jesus G. Bernal to Judge R. Gary Klausner for all further proceedings. The case will now reflect the initials of the transferee Judge 5:18-cv-1044-RGK (KKx)

CLERK, U.S. DISTRICT COURT

Date: 5/16/2018   By: G. Hunt (Geneva_Hunt@cacd.uscourts.gov)
Deputy Clerk

G-11 (06/14)   NOTICE OF CLERICAL ERROR