Case 5:18-cv-01044-PSG-MRW  Document 17  Filed 07/10/18  Page 1 of 1  Page ID #:444



E-FILED
JUL 1 0 2018
Document # _____
Cc: Atty Adm

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| The Bank of New York Mellon | CASE NUMBER |
|---|---|
|  | 5:18-cv-01044-PSG-MRW |
| v.  PLAINTIFF(S) |  |
| Marguerite Deselms et al | ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING |
| DEFENDANT(S) |  |

IT IS ORDERED that the Application for Permission for Electronic Filing by  Marguerite Deselms, Defendant _____ is hereby:

☐ **GRANTED**

Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order. Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website. Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only. Any documents being submitted under seal must be manually filed with the Clerk.

Dated: _____

United States District/Magistrate Judge

☒ **DENIED**
*Comments:*

Dated: 7/10/18

United States District/Magistrate Judge

CV-05 Order (12/15)    ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC CASE FILING