UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 18-1044 PSG (MRWx) | Date | August 16, 2018 |
|---|---|---|---|
| Title | The Bank of New York Mellon v. Marguerite DeSelms, et al. | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):**   Order to show cause re: time limit for service

On May 14, 2018, Plaintiff The Bank of New York Mellon ("Plaintiff") filed this action in this Court against Defendants Marguerite DeSelms, individually and as trustee of the Circle Road Revocable Living Trust, Alan Tikal, as trustee of the KATN Revocable Living Trust, and CAA, Inc.

While the motion to dismiss filed by Defendant DeSelms, *see* Dkt. # 15, indicates that *she* has been served, from a review of the docket, it does not appear that Defendants Tikal and CAA, Inc. have been served within the 90 days required under Federal Rule of Civil Procedure 4(m).

The Court therefore orders Plaintiff to show cause by **August 27, 2018** why claims against Defendants Tikal and CAA, Inc. should not be dismissed without prejudice under Federal Rule of Civil Procedure 4(m). Failure to respond by this date will result in the Court dismissing these Defendants from the action without prejudice.

**IT IS SO ORDERED.**