| Attorney or Party without Attorney:<br>YU \| MOHANDESI LLP<br>Jordan S. Yu (227341)<br>633 West Fifth Street, Suite 2800<br>Los Angeles, CA 90071<br>　Telephone No: 213-266-5457<br>　Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

Plaintiff: The Bank of New York Mellon fka The Bank of New York, etc., et al.
Defendant: Marguerite DeSelms, individually, et al.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:18-CV-01044-PSG-MRW |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action, Complaint

3. a. Party served: Alan David Tikal as Trustee of the KATN Revocable Living Trust
   b. Person served: party in item 3.a.
   　Served under F.R.C.P. Rule 4.

4. Address where the party was served: 13777 Air Expressway Blvd., Victorville, CA 92394

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Jul 13 2018 (2) at: 08:15 AM

6. *Person Who Served Papers:*
   a. Brandonn Mosley (1318, San Bernardino)
   b. FIRST LEGAL
   　1517 W. Beverly Blvd.
   　LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee* for Service was:

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

07/16/2018　　　　　　　　　　　*Brandonn Mosley*
(Date)　　　　　　　　　　　　　(Signature)



PROOF OF SERVICE

2369104
(3656969)