# EXHIBIT A

# Stewart Title

RECORDING REQUESTED BY:

STEWART TITLE OF CALIFORNIA, INC., A CALIFORNIA CORPORATION

WHEN RECORDED MAIL TO:

Trustee Corps
17100 Gillette Ave
Irvine, CA 92614

Electronically Recorded in Official Records, County of San Bernardino  12/12/2018 08:18 AM KE



**BOB DUTTON**
ASSESSOR - RECORDER - CLERK
771 Document Processing Solutions

Doc# **2018-0458928**

| Titles | 1 | Pages | 1 |
|---|---|---|---|
| Fees | | | 24.00 |
| Taxes | | | .00 |
| CA SB2 Fee | | | 75.00 |
| Others | | | .00 |
| Paid | | | 99.00 |

---

APN: 0151-161-14-0-000     TS No: CA08001415-17-1     TO No: 17-0008514-05

## NOTICE OF RESCISSION OF
## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

**NOTICE IS HEREBY GIVEN THAT: MTC Financial Inc. dba Trustee Corps** is the duly appointed Substitute Trustee or acting as agent for Beneficiary under the following described Deed of Trust:

**TRUSTOR:**       MARGUERITE DESELMS, AN UNMARRIED WOMAN
**BENEFICIARY:**   MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. as nominee for BONDCORP REALTY SERVICES, INC., A CALIFORNIA CORPORATION, its successors and assigns

**RECORDING INFORMATION:** Recorded on August 14, 2006, as Instrument No. 2006-0552511 of the official records in the Office of the Recorder of San Bernardino County, California describing the land therein: **AS MORE FULLY DESCRIBED IN SAID DEED OF TRUST**

**NOW THEREFORE:** Notice is hereby given that the Beneficiary and/or the Trustee, or its agent does hereby rescind, cancel and withdraw said Notice of Default and Election to Sell; it being understood, however, that this rescission shall not in any manner be construed as waiving or affecting any breach or default past, present, or future, under said Deed of Trust, or as impairing any right or remedy thereunder, but is, and shall be deemed to be, only an election, without prejudice, not to cause a sale to be made pursuant to said Notice, and in no way jeopardize or impair any right, remedy or privilege secured to the Beneficiary and/or the Trustee, under said Deed of Trust, nor modify nor alter in any respect any of the terms, covenants, conditions or obligations thereof, and said Deed of Trust and all obligations secured thereby are hereby reinstated and shall be said and remain in force the same as if said Notice has not been made and given.

Said **Notice of Default** to be rescinded, cancelled and withdrawn hereunder was recorded on **November 22, 2017** as Instrument No. **2017-0500430**, of official records in the Office of the Recorder of **San Bernardino** County, **California**.

Dated: December 5, 2018

MTC Financial Inc. dba Trustee Corps, as appointed Substitute Trustee

By: Myron Ravelo, Authorized Signatory