# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**FILED**
CLERK, U.S. DISTRICT COURT
JUL - 9 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## NOTICE OF DOCUMENT DISCREPANCIES

To: ☐ U.S. District Judge / ☑ U.S. Magistrate Judge   Michael R. Wilner
From: Veronica Piper _____, Deputy Clerk   Date Received: July 8, 2019
Case No.: EDCV 18-1044 PSG (MRWx)   Case Title: The Bank of New York Mellon v. Marguerite Deselms
Document Entitled: Notice of Filing of Discovery

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 5-4.1      Documents must be filed electronically
- ☐ Local Rule 6-1        Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 7-19.1     Notice to other parties of ex parte application lacking
- ☐ Local Rule 7.1-1      No Certification of Interested Parties and/or no copies
- ☐ Local Rule 11-3.1     Document not legible
- ☐ Local Rule 11-3.8     Lacking name, address, phone, facsimile numbers, and e-mail address
- ☐ Local Rule 11-4.1     No copy provided for judge
- ☐ Local Rule 11-6       Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8       Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 15-1       Proposed amended pleading not under separate cover
- ☐ Local Rule 16-7       Pretrial conference order not signed by all counsel
- ☐ Local Rule 19-1       Complaint/Petition includes more than 10 Does or fictitiously named parties
- ☐ Local Rule 56-1       Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2       Statement of genuine disputes of material fact lacking
- ☐ Local Rule 83-2.5     No letters to the judge
- ☐ Fed. R. Civ. P. 5     No proof of service attached to document(s)
- ☑ Other: The request for discovery should be sent to Plaintiff. The Court does not need a copy. FRCP 5(d) - no discovery filings.

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____   _____
Date             U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

7/9/19           MW
Date             U.S. District Judge / U.S. Magistrate Judge   Wilner

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE    COPY 2 -JUDGE    COPY 3 -SIGNED & RETURNED TO FILER    COPY 4 -FILER RECEIPT

CV-104A (06/13)            NOTICE OF DOCUMENT DISCREPANCIES

Marguerite DeSelms
PO Box 3301
Redondo Beach, CA 90277
310-427-1008 cell
margDeSelms@gmail.com
Plaintiff In Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, | CASE NO. 5:18-cv-01044-PSG-MRW |
| Plaintiff, | |
| -vs.- | |
| MARGUERITE DESELMS, et al | |
| Defendants. | |

NOTICE OF FILING OF DISCOVERY

Defendant MARGUERITE DESELMS hereby gives notice to the Court of the filing of her first request for discovery, including requests for production of documents, requests for admissions, and interrogatories.

Respectfully submitted on this 5th day of July, 2019.

_____
MARGUERITE DESELMS
PO Box 3301
Redondo Beach, CA 90277
310-427-1008 cell
margDeSelms@gmail.com
Plaintiff In Pro Per

NOTICE OF FILING DISCOVERY - 1

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served by means of US mail and email on:

NOTICE OF FILING DISCOVERY

YU | MOHANDESI LLP
Jordan S. Yu (SBN 227341)
213.377.5502 | jyu@yumollp.com
Pavel Ekmekchyan (SBN 223222)
213.985.2007 | pavel@yumollp.com
633 West Fifth Street, Suite 2800
Redondo Beach, CA 90071
213.377.5501 Facsimile

Dated: 7-05-19

MARGUERITE DESELMS
PO Box 3301
REDONDO BEACH, CA 90277
310-427-1008 CELL
EMAIL: MARGDESELMS@GMAIL.COM

NOTICE OF FILING DISCOVERY - 2