UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV-18-01044-PSG(MRWx) | Date | December 11, 2019 |
| Title | The Bank of New York Mellon v. Marguerite Deselms, et al. | | |

Present: The Honorable **PHILIP S. GUTIERREZ**

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings (In Chambers):** VACATING SCHEDULING CONFERENCE

On the Court's own motion, the Scheduling Conference set for hearing on December 16, 2019 is **VACATED**, and the following dates are hereby set. Please review the Court's trial order for further details.

| | |
|---|---|
| Last Day to Add Parties & Amend Pleadings (Doe defendants are dismissed as of cut-off to add parties) | **January 16, 2020** |
| Discovery Cut-Off: | **June 21, 2020** |
| Last Day to File Motion: | **June 16, 2020** |
| Opening Expert Witness Disclosure [See F.R.Civ.P. 26(a)(2)] | **June 9, 2020** |
| Rebuttal Expert Witness Disclosure: | **July 7, 2020** |
| Expert Discovery Cut-Off: | **July 28, 2020** |
| Final Pretrial Conference (2:30 p.m.): | **August 24, 2020** |
| Jury Trial (9:00 a.m.): | **September 8, 2020** |
| Estimated Length: | **4 Days** |

| | |
|---|---|
| Initials of Preparer | WH |