FILED
CLERK, U.S. DISTRICT COURT
8/27/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___WH___ DEPUTY

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificate Holders CWALT, Inc. Alternative Loan Trust 2006-OC8 Mortgage Pass-Through Certificates, Series 2006-OC8,<br><br>        Plaintiff,<br><br>  vs.<br><br>Marguerite DeSelms, individually, and as Trustee of The Circle Road Revocable Living Trust Dated November 11, 2010; Alan David Tikal as Trustee of the KATN Revocable Living Trust; and CAA, Inc., a Nevada corporation,<br><br>        Defendants. | Case No.: 5:18-cv-01044-PSG-MRW<br><br>[~~PROPOSED~~] JUDGMENT<br><br>~~Date: August 31, 2020~~<br>~~Time: 1:30 PM~~<br>Courtroom: 6A<br>Judge Philip S. Gutierrez |

– 1 –

[~~PROPOSED~~] JUDGMENT

Pursuant to this Court's Order granting Plaintiff The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificate Holders CWALT, Inc. Alternative Loan Trust 2006-OC8 Mortgage Pass-Through Certificates, Series 2006-OC8's ("BONY" or "Plaintiff") Motion for Summary Judgment, ~~or alternatively, Partial Summary Judgment,~~ and for good cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Substitution of Trustee and Full Reconveyance (hereafter the "Fake First DOT Reconveyance") recorded on November 17, 2010 as document number 2010-0476655 in the official records of San Bernardino County is hereby void and cancelled.

2. It is hereby judicially declared that (i) the Fake First DOT Reconveyance recorded on November 17, 2010 as document number 2010-0476655 is void and cancelled; (ii) the First Deed of Trust recorded on August 14, 2006 as document number 2006-0552510 is valid and encumbers the property commonly known as "3489 Circle Road, San Bernardino, California 92405 ("Property"); and (iii) BONY is the beneficiary under the First Deed of Trust with all rights and interest secured therein including the right to non-judicial foreclosure.

3. A permanent injunction is hereby issued such that Defendants shall not execute or record any further documents which purport to modify, amend, or extinguish the First Deed of Trust, BONY's interest in the Property, or any ongoing non-judicial foreclosure proceedings.

4. BONY is hereby awarded costs of suit and reasonable attorneys' fees as to DeSelms as permitted by the provisions of the Deed of Trust (recorded with the San Bernardino County Recorder on August 14, 2006 as document number 2006-0552110) executed by DeSelms with respect to the Property and in accordance with applicable law as to DeSelms.

5. BONY may have this Judgment recorded with the San Bernardino County Recorder's Office.

IT IS FURTHER ADJUDGED AND DECREED that:

1. Defendant Marguerite DeSelms ("DeSelms") shall take nothing by way of her operative First Amended Counterclaim.

2. DeSelms shall take nothing as to Plaintiff.

3. Judgment shall be entered in favor of Plaintiff and against DeSelms on each and every claim contained in DeSelms's First Amended Counterclaim.

4. Plaintiff may recover costs and attorneys' fees from DeSelms as permitted by law.

DATED: August 27, 2020

_____
HONORABLE PHILLIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE