KLINEDINST PC
2 PARK PLAZA, SUITE 1250
IRVINE, CALIFORNIA 92614

FILED
CLERK, U.S. DISTRICT COURT
5/19/23
CENTRAL DISTRICT OF CALIFORNIA
BY: WH  DEPUTY

LINK 131

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OC8 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OC8,<br><br>Plaintiff,<br><br>v.<br><br>MARGUERITE DE SELMS, individually, and as Trustee of THE CIRCLE ROAD REVOCABLE LIVING TRUST Dated November 11, 2010; ALAN DAVID TIKAL as Trustee of the KATN Revocable Living Trust; and CAA, INC., a Nevada Corporation,<br><br>Defendants. | Case No. 5:18-cv-01044-PSG-MRW<br><br>[PROPOSED] CORRECTED JUDGMENT |

Pursuant to this Court's Order granting Plaintiff The Bank of New York Mellon fka the Bank of New York, as Trustee for the Certificate Holders CWALT, Inc. Alternative Loan Trust 2006-OC8 Mortgage Pass-Through Certificates, Series 2006-OC8's ("BNYM" or "Plaintiff") Motion to Correct Clerical Error In Judgment pursuant to F.R.C.P. 60(A) ("Motion"), and good cause appearing therefor, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that:

1. Paragraphs 1 and 2(i) (page 2, lines 7-13) of the Judgment of this Court dated on August 27, 2020 are hereby corrected as follows:

> 1. The Substitution of Trustee and Full Reconveyance (hereafter the "Fake First DOT Reconveyance") recorded on November 17, 2010 as document number 2010-0476656 in the official records of San Bernardino County is hereby void and cancelled.
>
> 2. It is hereby judicially declared that (i) the Fake First DOT Reconveyance recorded on November 17, 2010 as document number 2010-0476656 is void and cancelled...

2. All other provisions of the original judgment not corrected by this Corrected Judgment shall remain in force and effect.

3. This Corrected Judgment changes no substantive provision of the original judgment dated August 27, 2020, nor does it reflect any change in the reasoning that led to the entry of said original judgment.

4. This Corrected Judgment incorporates only facts and evidence before this Court at the time of the original judgment and includes the correct document number to the Fake First DOT Reconveyance to assure the enforcement of this Judgment.

5. This Corrected Judgment shall be effective as of August 27, 2020, the date of entry of this Court's original judgment.

///
///

6. BNYM may have this Corrected Judgment recorded with the San Bernardino County Recorder's Office.

IT IS SO ORDERED, ADJUDGED AND DECREED.

DATED: 5/19/23

HONORABLE PHILIP S. GUTIERREZ
United States District Judge